EXHIBIT INDEX

Plaintiff: Abraham Thalos
Case: Thalos v. University of Denver, et al.

The following exhibits are submitted in support of the Complaint.

Exhibit A
Trespass Order issued by University of Denver Campus Police.

Exhibit B
Email dated March 20, 2022 from Plaintiff regarding intention not to return to the University of Denver Sturm College of Law.
Email dated March 21, 2022 from University administrator confirming Plaintiff's status was changed to "withdrawn / not returning."

Exhibit C
Email dated October 27, 2023 from University administrator stating Plaintiff must reapply through the admissions process if he wishes to attend the law school again.

EXHIBIT A

Trespass Order

Issued by: University of Denver Campus Police
Date: [Insert date shown on the order]

Description:
Trespass order issued to Plaintiff allegedly in connection with LinkedIn posts under investigation by the Denver Police Department.

Attached hereto as Exhibit A.



**UNIVERSITY of DENVER**

**CAMPUS SAFETY**

March 24, 2022

Abraham Thalos
6903 E. Eastman Ave.
Denver, Colorado 80224

<u>**Re: University of Denver Trespass Order**</u>

Mr. Thalos,

The University of Denver Department of Campus Safety, in conjunction with the Denver Police Department, are conducting an inquiry regarding concerning information we have received about you and online statements attributed to you. As a result of this inquiry, you are being issued this Trespass Order. This Trespass Order will remain in effect until you are otherwise notified.

By this letter, you are hereby notified that you are forbidden to be present on or about any buildings, facilities, or property in the possession of or owned, used, operated or controlled by the University of Denver, including adjacent streets and sidewalks (collectively "University Premises"). Failure to comply with this directive may result in you being arrested and charged under Denver Municipal Code 38-115, "Trespass" and/or any other applicable state or municipal criminal codes. Additionally, your continued presence on University Premises may constitute a violation of Denver Municipal Code 38-94, "Unlawful Acts in or about schools, colleges or universities".

Further, you are hereby directed to have no further contact of any kind with any employee or student of the University of Denver via telephone, mail, email, texts, or any other type of electronic communication. Any action contrary to this directive may constitute a violation of the Denver Municipal Code 38-91, "Disturbance by use of telephone".

You may direct any questions related to this Trespass Order in writing only to the attention of Director Michael Bunker, Campus Safety, 2130 South High Street, Denver, Colorado 80210. This is the only exception to the no contact directive stipulated above.

The Division of Campus Safety will notify concerned individuals and units within the University of your trespass ban from University Premises. Please understand that the University of Denver takes this matter and your compliance very seriously.

Sincerely,

Michael Fetrow

Investigator

University of Denver Division of Campus Safety

EXHIBIT B

Email from Plaintiff

Date: March 20, 2022

Description:

Email from University of Denver administrator notifying Plaintiff that his status had been changed to "withdrawn / not returning."

Email communication from Plaintiff stating that he did not intend to return to the University of Denver Sturm College of Law during the period in which the trespass order prevented Plaintiff from accessing campus.

Attached hereto as Exhibit B.

3/10/26, 4:13 PM                          RE: [EXTERNAL] Fwd: Re: New billing statement issued - abrahamthalos@gmail.com

# Subject: RE: [EXTERNAL] Fwd: Re: New billing statement issued



**Boynton, Jessica** <jboynton@law.du.edu>                                Mar 21, 2022, 3:54
to Abraham Thalos ▾

Hello Abe –

I confirmed that you are not registered (nor will you be registered) for any future courses.  Your status is currently t
you are on a leave of absence; I have asked the Registrar to update your status to withdrawn/not returning.

I wish you well –

Dean Boynton

**From:** Abraham Thalos <abrahamthalos@gmail.com>
**Sent:** Sunday, March 20, 2022 2:14 PM
**To:** Boynton, Jessica <jboynton@law.du.edu>
**Subject:** [EXTERNAL] Fwd: Re: New billing statement issued

[External Email From]: **abrahamthalos@gmail.com**

Dean Boynton,

As previously addressed, I have no interest in returning to the Sturm College of Law.  However, pioneerweb has
reminders for me to do things like file a FAFSA.  Can you please be sure I am not still on the roll for the Spring?

Moreover, as the other institution I applied for admission to has decided to act against their word and reject me
anyways, I no longer have faith in American Legal Education system. Please feel free to revoke my medical leave,
I had no true medical reason to withdraw this semester.  My grades for this semester should be counted as all 0s a
I should be at the bottom of the curb.  Thus, my scholarship should be revoked as a result of failing to maintain the
GPA requirement.

As I have been working in manual labor, I have found that my ADHD is a tool that can be used as an ability (rather
than a disability), because I think fast on my feet and am extremely aware of my surroundings. My inattentiveness
and distractibility are near zero in a warehouse environment. Thus, a career in Operations Management is a natur
fit for me.

Moreover, as the State of Colorado and City/County of Denver are too busy prosecuting good companies like Juul
(who helped me quit smoking) with crimes, rather than investigating, prosecuting, and executing real criminals; I d
not believe there is a career path for me in the law.

However, in operations I am able to put my passion for hard work, teamwork, and accountability to use on a regula
basis without the strains being a union laborer put on me in a non-right-to-work state.

I am happier where I am than is foreseeable for me as a lawyer.

A good day to you,

Abe Thalos

EXHIBIT C

Email from University Administrator

Date: October 27, 2023

Description:
Email informing Plaintiff that if he wished to attend the University of Denver Sturm College of Law he would be required to reapply through the regular admissions process.

Attached hereto as Exhibit C.

 Gmail

Abe Thalos <abrahamthalos@gmail.com>

## RE: Abe Thalos Re-Entry from Medical Leave

1 message

**Boynton, Jessica** <jboynton@law.du.edu>                                   Fri, Oct 27, 2023 at 11:03 AM
To: "Abraham Thalos (Abe)" <abrahamthalos@gmail.com>
Cc: Michael Bunker <Michael.Bunker@du.edu>

Good morning, Abe –

My apologies for not responding sooner to your email; it has been a very busy Fall.  I understand that you were referred to the Sturm College of Law (SCOL) after inquiring about the medical re-entry process.

After reviewing your student records, I located an email from March 20, 2022, in which you indicated that you did not intend to return as a student at SCOL.  Based upon the intention that you expressed, I followed the SCOL established process and notified the Law Registrar to update your status to "withdrawn/not returning."  I informed you in an email dated March 21, 2022, that I had taken that action.  Email attached.

Consequently, if you would like to attend SCOL, you must re-apply for admission through the regular admission process. You can find out more about the current process through the SCOL admissions website: https://www.law.du.edu/admissions.

Please understand that the SCOL admissions process is separate from the University process for re-entry from a medical leave.

If you have any questions, please let me know.

Dean Boynton

### Jessica Boynton, JD

*Assistant Dean of Student Affairs*

She/Her/Hers

University of Denver Sturm College of Law

2255 E. Evans Avenue Ste 115

Denver, CO 80208

jboynton@law.du.edu

(Phone) 303-871-6138 | (Fax) 303-871-6915

website: http://www.law.du.edu/student-affairs

To schedule an appointment with me, please visit: https://calendly.com/deanboynton

*It is important to recognize that the University of Denver resides on lands that are held in stewardship by the Cheyenne and Arapaho tribes. It is because of their sacrifices and hardships, along with all other Indigenous Tribes and Nations who call Colorado home, that we are able to participate in this rich teaching and learning environment.*

---

**From:** Abraham Thalos (Abe) <abrahamthalos@gmail.com>
**Sent:** Thursday, September 21, 2023 12:21 PM
**To:** Boynton, Jessica <jboynton@law.du.edu>
**Cc:** Michael Bunker <Michael.Bunker@du.edu>
**Subject:** [EXTERNAL] Abe Thalos Re-Entry from Medical Leave

[External Email From]: **abrahamthalos@gmail.com**
Hello Dean Boynton,

I hope you and your colleagues have been healthy and well these last two years. I have fond memories of our conversations in the past and only wish Campus Security would allow me to speak with you face-to-face as we once did.

I remembered from something you said during the Fall of 2021 that we should be ahead of the ball on accommodation requests (and it seems the transitive property would apply with re-entry from medical leave). That advice is in line with my research on Law School Administrations some years ago and thus I tend to find your advice trustworthy.

Thus, with the permission of Campus Security, I am contacting you for more information about Re-Entry to SCOL, specifically.

I understand that information may have been sent to my student email address (because I would imagine your administration would be so generous as to send such reminders), but I have not had access to that for nearly 2 years now and I would prefer not to use it in the future because I believe to this day that someone else accessed it and sent emails from it.  I made multiple attempts to reconcile my access and security with IT, but the issues continued.  I also believe that my cell phone was compromised during early 2022 and have since changed my phone number.

I know of at least one other Christian Law Student who was there that year who used her Gmail account for everything and I would prefer to follow her leadership in this regard moving forward with my law school career.

I believe that, as a conservative Christian (especially one of color and disability), there are a number of students (from the other side of the political isle) who were and will be, to put it plainly, bullies, especially after arguments I posed in class and after I stood up for the Conservative women who were directly bullied by Professor Pepper for their opinions. I do not care to speculate as to which students were bullying me, because so many of them called me names in the hallways that it would be unduly burdensome to list them all. I did not report any of these incidents because I did not have witnesses who would have supported me (conservatives being so few and far between in my section that year, they were seldom nearby when these types of things happened). Thus, it would have been hearsay. This is why I want a member of Campus Security to escort me to class, regardless of what the University's excuse for it is. Perhaps these leftist students and their faculty counterparts will reconsider their bullying before it takes place this time.

During the last few months, I found out that my parents had lied to me about how I was handling my ADHD symptoms with Adderall in the months leading up to the Fall of 2021. They claimed recently that I always did better without drugs, but during those months when I first started Adderall, they claimed I was doing better then, too. Thus, I am quite certain now that I never should have been on Adderall, as I never noticed improvements in my ADHD symptoms from it. My doctor is aware of this and the problems I've experienced from prescription drugs and has released me to my own treatment.

I have reverted to the wholistic approach that I took prior to law school (which is how I managed my ADHD when I took the LSAT), consisting of: prayer, blue light blocking tinted glasses, vitamins and supplements, exercise, breathe work, diet, light therapy, IV drips, and otherwise all things "biohacking" (by Dave Asprey's definition of the term).

Professor Kamin's casebook was on opencasebook.org and I have utilized this resource (as well as supplemental resources) to find casebooks which I am using to gauge my performance and tweak my treatment plan, precisely as I did with LSAT practice tests (i did every practice test available at the time at least twice). I have found that the study of law is such a drastic difference from the LSAT that I have to "biohack" differently to account for that, just as I adopted a different mindset for each section on the LSAT (LR,RC,LG).

I am already getting my reading done significantly more quickly and am briefing more effectively than I did in the Fall of 2021 and I expect similar results when I get around to doing practice law school exams.

I have also obtained documentation from a doctor to request the additional accommodations you suggested I seek the last time we spoke and plan to submit this to DSP (pending further direction from you and/or campus security).

I have separate concerns, still, about DU-SCOL's "affirmative action" in my case (I agree with Justice Clarence Thomas on the issue now, whereby I had no experience by which to form an opinion on this issue prior to matriculating to DU as my scholarship in Georgia was state-sponsored and nonracial). Over the last two years I have compared the other schools I considered before and found Mizzou to have significantly less "affirmative action" than the others (they blind

Gmail - RE: Abe Thalos Re-Entry from Medical Leave

grade LP [whereas my LP professor graded me on a video call] and do not have racial double standards for maintaining scholarships). However, I am concerned that SCOL interfered with my attempt to be admitted to Creighton in 2022 and would be similarly concerned about that happening again, were I to pursue applying elsewhere. Additionally, with the court's decision in July with respect to "affirmative action," I would hope that DU would consider amending my scholarship to require I maintain a 3.0. Requiring me to only maintain a 2.3 while white candidates were required 3.0 seems to fly in the face of the court's reasoning. Were I forced to argue my case in front of the Supreme Court, I would argue that DU-SCOL intentionally incentivized me to do poorly (causing me to do so and likely causing others to do the same) and did so purposely sew a racial divide between myself and my white colleagues, the extent of which resulted in constant harassment and bullying of me and my friends by both Professors directly and Students in the hallways who were too apprehensive to argue with me in the classroom on camera. I'm quite certain that, by the time I am done, the more moderate republicans will much more seriously consider the Thomas opinion. To put it bluntly, this racism is a criminal violation of the plain language of the Civil Rights Act, whether DU-SCOL's buddies in the Biden Administration are willing to admit it or not.

I had very good reasons for coming to DU the first time that had nothing to do with "affirmative action," even though I had full tuition scholarship offers at a number of schools across the country.

I have found policies of the FDA and the institutional practices of Big Pharm and Big Food abhorrent since I began doing my own research on the matters around 2012 and have felt called by God to work toward reform in these institutions with my legal career since I accepted Christ in 2017. I came to DU to learn from people like Professor Sam Kamin, who spearheaded medical marijuana reform in California and argued in front of the Colorado Supreme Court for abolition of Capital Punishment and Professor Nantiya Ruan, who has lead reform on trespass law in Colorado.  Whereas I may disagree with both of them, everything they stand for, and would pursue conspiracy to commit treason charges (under the plain language act) against Kamin for his testimony (if i had the authority), they are the best in their respective fields.  I believe that, though I may be looking to achieve reform they wouldn't like, their wisdom (and that of their colleagues) would be invaluable compared to professors at other law schools, to me. As I believe Orson Scott Card would say, there is no better teacher than one's enemy.

Moreover, because changing the law surrounding grass-feeding/pasturing livestock in the US is a top priority of my professional agenda, Colorado is the perfect place for me, because Colorado already has laws preventing farmers from grain-feeding Bison (an animal that is biologically specifically so similar to Cattle that it should be raised almost the same way [they have the same types of stomachs]).

For these reasons, I would much prefer to stay at DU-SCOL and have my scholarship revised to afford me equal opportunities to those of white candidates than to re-apply and go somewhere like Mizzou and, should DU-SCOL refuse to revise my scholarship, I will be forced to file suit with the Supreme Court of the United States of America who has original jurisdiction on the matter.

Please be sure to direct me to information I will need to pursue re-entry, so that I may be as ahead of the game as I always planned to be and advise me as to what DU-SCOL's decision is with regard to undoing their "affirmative action" in my case.

Best wishes,


Abe Thalos


---

**From:** Michael Bunker <Michael.Bunker@du.edu>
**Sent:** Thursday, September 21, 2023 12:42 PM
**To:** Abraham Thalos (Abe) <abrahamthalos@gmail.com>
**Subject:** RE: Re: Re: Re: Re: [External Email]2023_09_12 1_48 PM Office Lens


Abe,


In this case, you are allowed to reach out directly to Jessica Boynton. We have let her know that you are able to speak with her.


Her email is:  jboynton@law.du.edu


Thanks,


Michael J. Bunker

University of Denver

Director of Campus Safety

2130 S. High Street

Denver, CO 80210

O: 303.871.2463

C: 303.874.4578


Book time with Michael Bunker: Office hours



Regardless of the time I send this email, I do not expect you to read, take any action, or reply to this email outside of your usual working hours. If there is an urgent matter, I will attempt to reach you via Teams, text, or phone call.

---

**From:** Abraham Thalos (Abe) <abrahamthalos@gmail.com>
**Sent:** Thursday, September 21, 2023 10:37 AM
**To:** Michael Bunker <Michael.Bunker@du.edu>
**Subject:** [EXTERNAL] Re: Re: Re: Re: Re: [External Email]2023_09_12 1_48 PM Office Lens

[External Email From]: **abrahamthalos@gmail.com**

Mr. Bunker,

I located the letter sent by SOS. My personal email was copied, I just did not recognize it.
Can you possibly please let me know what is meant by this:

"Please know that the Sturm College of Law (SCOL) may have established processes under which SCOL will consider your return. Please contact the SCOL to learn more about these unit-specific requirements."

It is my understanding that the Law School would have a much earlier deadline than one month prior. They have limited seats available in their classrooms and tend to encourage us to get these sorts of things done very far in advance. I would be extremely surprised if the SCOL policy followed the University's with regard to this deadline based on my significant research into the inner workings of Law School Administrations, generally, and the advice provided directly by the SCOL administration.

Can you possibly forward my concerns to someone at SCOL?

Thanks again,

Abe

---

**From:** Abraham Thalos <abrahamthalos@gmail.com>
**Sent:** Thursday, September 21, 2023 12:08 PM
**To:** Michael Bunker <Michael.Bunker@du.edu>
**Subject:** RE: Re: Re: Re: Re: [External Email]2023_09_12 1_48 PM Office Lens

Mr. Bunker,

Gmail - RE: Abe Thalos Re-Entry from Medical Leave

I have not had access to that email account for nearly 2 years. I tried multiple times to work with the IT department to have that access restored, but was unsuccessful. I believe that someone else may have accessed the account at some point and deleted things and sent emails. When I brought this to the administration's attention, I was belittled by being called "paranoid" and my allegations went without investigation.


Sincerely,

Abe


Sent from Mail for Windows

---

**From:** Michael Bunker
**Sent:** Thursday, September 21, 2023 9:32 AM
**To:** Abraham Thalos
**Subject:** RE: Re: Re: Re: Re: [External Email]2023_09_12 1_48 PM Office Lens


Good Morning Abe,


Did you check your student email?  I am quite sure they sent one to you yesterday afternoon.




Michael J. Bunker

University of Denver

Director of Campus Safety

2130 S. High Street

Denver, CO 80210

O: 303.871.2463

C: 303.874.4578


Book time with Michael Bunker: Office hours




Regardless of the time I send this email, I do not expect you to read, take any action, or reply to this email outside of your usual working hours. If there is an urgent matter, I will attempt to reach you via Teams, text, or phone call.

---

**From:** Abraham Thalos <abrahamthalos@gmail.com>
**Sent:** Thursday, September 21, 2023 9:31 AM
**To:** Michael Bunker <Michael.Bunker@du.edu>
**Subject:** [EXTERNAL] Re: Re: Re: Re: [External Email]2023_09_12 1_48 PM Office Lens

[External Email From]: **abrahamthalos@gmail.com**
Good morning, Mr. Bunker,

Would it be appropriate for me to send a follow up email today since it's been 3 days with no response or confirmation whatsoever?

During my first career in contract management, my bosses would not have ever allowed for me to go this long on such a time sensitive subject without a follow up.

Thanks,

Abe Thalos
(816)310-7766
abrahamthalos@gmail.com

On Mon, Sep 18, 2023, 9:02 AM Michael Bunker <Michael.Bunker@du.edu> wrote:

> Here is the address sos@du.edu
>
> I will also let them know that you are sending an email
>
> Michael J. Bunker
>
> University of Denver
>
> Director of Campus Safety
>
> 2130 S. High Street
>
> Denver, CO 80210
>
> O: 303.871.2463
>
> C: 303.874.4578
>
> Book time with Michael Bunker: Office hours

3/10/26, 4:12 PM                                    Gmail - Re: Abe Thalos Re-Entry from Medical Leave

Regardless of the time I send this email, I do not expect you to read, take any action, or reply to this email outside of your usual working hours. If there is an urgent matter, I will attempt to reach you via Teams, text, or phone call.

---

**From:** Abraham Thalos <abrahamthalos@gmail.com>
**Sent:** Monday, September 18, 2023 9:00 AM
**To:** Michael Bunker <Michael.Bunker@du.edu>
**Cc:** Mark Andrew <mandrew@ncmstl.com>
**Subject:** [EXTERNAL] Re: Re: Re: [External Email]2023_09_12 1_48 PM Office Lens

[External Email From]: **abrahamthalos@gmail.com**
Please, yes sir, if you don't mind. Wouldn't want to accidently use the wrong one if I look it up myself.

Abe Thalos

On Mon, Sep 18, 2023, 8:58 AM Michael Bunker <Michael.Bunker@du.edu> wrote:

> You can send them an email, to help clarify your situation.  Please let me know if you need their email address.
>
>
>
> Michael J. Bunker
>
> University of Denver
>
> Director of Campus Safety
>
> 2130 S. High Street
>
> Denver, CO 80210
>
> O: 303.871.2463
>
> C: 303.874.4578
>
>
>
> Book time with Michael Bunker: Office hours

Regardless of the time I send this email, I do not expect you to read, take any action, or reply to this email outside of your usual working hours. If there is an urgent matter, I will attempt to reach you via Teams, text, or phone call.

---

**From:** Abraham Thalos <abrahamthalos@gmail.com>
**Sent:** Monday, September 18, 2023 8:56 AM
**To:** Michael Bunker <Michael.Bunker@du.edu>
**Cc:** Mark Andrew <mandrew@ncmstl.com>
**Subject:** [EXTERNAL] Re: Re: [External Email]2023_09_12 1_48 PM Office Lens

[External Email From]: **abrahamthalos@gmail.com**
Yes, Mr. Bunker, I believe that is correct. Mr. Andrew suggested that I give them a call if I plan to return to school. I'll only do that if it won't be considered trespass by your office.

Abe Thalos

On Mon, Sep 18, 2023, 8:49 AM Michael Bunker <Michael.Bunker@du.edu> wrote:

Good Morning Mr Thalos,

Are you talking about Student Outreach and Support?

Michael J. Bunker

University of Denver

Director of Campus Safety

2130 S. High Street

Denver, CO 80210

O: 303.871.2463

C: 303.874.4578

Book time with Michael Bunker: Office hours

Gmail - RE: Abe Thalos Re-Entry from Medical Leave

Regardless of the time I send this email, I do not expect you to read, take any action, or reply to this email outside of your usual working hours. If there is an urgent matter, I will attempt to reach you via Teams, text, or phone call.

**From:** Abraham Thalos <abrahamthalos@gmail.com>
**Sent:** Monday, September 18, 2023 8:47 AM
**To:** Mark Andrew <mandrew@ncmstl.com>; Michael Bunker <Michael.Bunker@du.edu>
**Subject:** [EXTERNAL] Re: [External Email]2023_09_12 1_48 PM Office Lens

[External Email From]: **abrahamthalos@gmail.com** Thank you, Mr. Andrew.

Mr. Bunker, do I have permission to "contact outreach and support at 303/871-4261" or will you have me arrested for trespassing if I do?

Abe Thalos

On Mon, Sep 18, 2023, 7:23 AM Mark Andrew <mandrew@ncmstl.com> wrote:

National Credit Management 10845 Olive Blvd, ste 210, Saint Louis MO 63141 Toll Free: 800-526-3213 Ext 317 Fax:  Email: mandrew@ncmstl.com Website: https://www.ncmpay.com

As of 09/15/2023 the last email received from the school advised the picture you sent with credit authorization form will work to remove the hold on account and to contact outreach and support at 303/871-4261 if you intend to return to university. I also saw a forwarded email you sent of a letter from school i believe that was just an auto letter sent clearly this is a process for all the account is considered settled.

**From:** Abraham Thalos <abrahamthalos@gmail.com>
**Sent:** Friday, September 15, 2023 4:32:31 PM
**To:** Mark Andrew; Michael Bunker
**Subject:** RE: [External Email]2023_09_12 1_48 PM Office Lens

Mr. Andrew,

I am just following up on this to remind you to please follow up with me once the flag has been confirmed as removed.

Thanks again and please don't hesitate to contact me if you require anything further.


Abe


Sent from Mail for Windows

---

**From:** Abraham Thalos
**Sent:** Tuesday, September 12, 2023 2:02 PM
**To:** Mark Andrew
**Subject:** Re: [External Email]2023_09_12 1_48 PM Office Lens


Much appreciated, sir!

Abe




On Tue, Sep 12, 2023, 2:00 PM Mark Andrew <mandrew@ncmstl.com> wrote:


National Credit Management 10845 Olive Blvd, ste 210, Saint Louis MO 63141 Toll Free: 800-526-3213 Ext 317 Fax:  Email: mandrew@ncmstl.com Website: https://www.ncmpay.com


Thank you i have forwarded this and asked when holds will be released and will let you know of response.

**From:** Abraham Thalos <abrahamthalos@gmail.com>
**Sent:** Tuesday, September 12, 2023 2:51:01 PM
**To:** Mark Andrew
**Subject:** [External Email]2023_09_12 1_48 PM Office Lens


This is an external email. Do not click links or open attachments unless you recognize the sender. Beware of spoofed emails that look legitimate. If you have any questions, contact the IT Dept

Mr. Andrew,


Thank you kindly for your abrupt responses. I have attached a PDF and a picture file.


Should you require anything further, please do not hesitate to contact me.


Created by Microsoft Lens

https://go.microsoft.com/fwlink/?LinkID=524811

Abe Thalos
(816)310-7766
abrahamthalos@gmail.com


Mark Andrew
800-526-3213 Ext 317
mandrew@ncmstl.com
National Credit Management

This email was sent to you by Mark Andrew (mandrew@ncmstl.com) from National Credit Management. If you wish to receive no further emails from this company, you can opt-out from future correspondence at any time by emailing unsubscribe@ncmstl.com Please include your name and reference number in the email.

National Credit Management
P.O. Box 32900
St. Louis, MO 63132-8900

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

If you would like to view your account balance and other account information, as well as make a payment online, please log in at https://www.ncmpay.com.

CONFIDENTIALITY NOTICE: This E-mail message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Do not read, copy, forward, or print this E-mail message or any attachments unless you are the intended recipient. If you are not the intended recipient, please immediately notify the sender by telephone and permanently delete and destroy all copies and printouts of this E-mail message and/or attachments. Even if you are the intended recipient of this E-mail, the author requests that you not forward it to any other person without prior consent.


This email was sent to you by Mark Andrew (mandrew@ncmstl.com) from National Credit Management. If you wish to receive no further emails from this company, you can opt-out from future correspondence at any time by emailing unsubscribe@ncmstl.com Please include your name and reference number in the email.

National Credit Management
P.O. Box 32900
St. Louis, MO 63132-8900

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

If you would like to view your account balance and other account information, as well as make a payment online, please log in at https://www.ncmpay.com.

CONFIDENTIALITY NOTICE: This E-mail message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Do not read, copy, forward, or print this E-mail message or any attachments unless you are the intended recipient. If you are not the intended recipient, please immediately notify the sender by telephone and permanently delete and destroy all copies and printouts of this E-mail message and/or attachments. Even if you are the intended recipient of this E-mail, the author requests that you not forward it to any other person without prior consent.


---------- Forwarded message ----------

From: "Boynton, Jessica" <jboynton@law.du.edu>
To: Abraham Thalos <abrahamthalos@gmail.com>
Cc:
Bcc:
Date: Mon, 21 Mar 2022 20:54:36 +0000
Subject: RE: [EXTERNAL] Fwd: Re: New billing statement issued

Hello Abe –

I confirmed that you are not registered (nor will you be registered) for any future courses.  Your status is currently that you are on a leave of absence; I have asked the Registrar to update your status to withdrawn/not returning.

I wish you well –

Dean Boynton

**From:** Abraham Thalos <abrahamthalos@gmail.com>
**Sent:** Sunday, March 20, 2022 2:14 PM
**To:** Boynton, Jessica <jboynton@law.du.edu>
**Subject:** [EXTERNAL] Fwd: Re: New billing statement issued

[External Email From]: **abrahamthalos@gmail.com**
Dean Boynton,

As previously addressed, I have no interest in returning to the Sturm College of Law.  However, pioneerweb has reminders for me to do things like file a FAFSA.  Can you please be sure I am not still on the roll for the Spring?

Moreover, as the other institution I applied for admission to has decided to act against their word and reject me anyways, I no longer have faith in American Legal Education system. Please feel free to revoke my medical leave, as I had no true medical reason to withdraw this semester.  My grades for this semester should be counted as all 0s and I should be at the bottom of the curb.  Thus, my scholarship should be revoked as a result of failing to maintain the GPA requirement.

As I have been working in manual labor, I have found that my ADHD is a tool that can be used as an ability (rather than a disability), because I think fast on my feet and am extremely aware of my surroundings. My inattentiveness and distractibility are near zero in a warehouse environment. Thus, a career in Operations Management is a natural fit for me.

Moreover, as the State of Colorado and City/County of Denver are too busy prosecuting good companies like Juul (who helped me quit smoking) with crimes, rather than investigating, prosecuting, and executing real criminals; I do not believe there is a career path for me in the law.

However, in operations I am able to put my passion for hard work, teamwork, and accountability to use on a regular basis without the strains being a union laborer put on me in a non-right-to-work state.

I am happier where I am than is foreseeable for me as a lawyer.

A good day to you,

Abe Thalos

https://www.linkedin.com/in/abe-thalos-885a4022b

---------- Forwarded message ---------
From: **Bursar's Office** <bursar@du.edu>
Date: Wed, Mar 16, 2022, 8:59 AM
Subject: Re: Re: New billing statement issued
To: Abraham Thalos <abrahamthalos@gmail.com>

Abraham,

Thank you for contacting the Bursar's Office. Our office does not handle the withdrawal process. Please communicate your intention not to return to the Sturm College of Law.

Thank you,

University of Denver
Bursar's Office
2197 S. University Blvd.
University Hall #223
Denver, CO 80208
(303) 871-4944
www.du.edu/bursar
www.du.edu/bursar/survey.html

Now follow us on Facebook for important dates and deadlines: https://www.Facebook.com/DenverBursar

---

**From:** Abraham Thalos <abrahamthalos@gmail.com>
**Sent:** Tuesday, March 15, 2022 11:12 PM
**To:** Bursar's Office <bursar@du.edu>
**Subject:** [EXTERNAL] Re: New billing statement issued

[External Email From]: **abrahamthalos@gmail.com**
                                                        Thanks. I will plan my next $2000 payment for the 22nd. In the meantime, pioneerweb seems to think I am enrolling for the 2022-23 year, but I have no plans to return to the University of Denver - Sturm College of Law so long as it continues to defy federal blind grading best industry practices for "non-exam" assignments (all of those submitted through Canvas for J.D. required coursework).

Regards,

Abe Thalos

On Tue, Mar 15, 2022, 11:59 AM <bursar@du.edu> wrote:

A new billing statement has been issued and is now available to view online through DUPay.  You must log into DUPay to view this billing statement, you will not receive a secured PDF billing statement.  DUPay can be accessed directly from the Student Tab on PioneerWeb. If you signed up for a DUPay payment plan, your due date may differ from the statement due date.

If you expect your parent or another person to pay on your behalf, you must give them the ability to access your account.  If you have not previously done so, log into DUPay, click on the Authorized Users tab and follow the simple instructions.

Any outstanding amounts owed on this bill may be subject to a late fee after the posted due date. For more information on monthly billing, please visit www.du.edu/bursar .

Remember, this site is available 24 hours a day to make paying your bill more convenient.  Use your DU ID and password to log in.  Once logged in, you can pay your bill or schedule a payment for a future date.

If you are having problems logging in, please click the 'Forgot your password?' link on the login page, or call the UTS Help Center at 303-871-4700.

```
======== STATEMENT DETAILS ==========
Student Name --- [ Abraham R. Thalos ]
Account Name --- [ Student Account ]
Account Number --- [ xxxxx8069 ]
Due Date --- [ 4/1/22 ]
====================================
```

University of Denver
Bursar's Office
2197 S. University Blvd.
University Hall #223
Denver, CO 80208
(303) 871-4944
www.du.edu/bursar
www.du.edu/bursar/survey.html

---

**RE: [EXTERNAL] Fwd: Re: New billing statement issued.eml**
31K