CIVIL COVER SHEET (JS-44)

I. (a) PLAINTIFFS
Abraham Thalos

(b) County of Residence of First Listed Plaintiff
[Your County and State]

DEFENDANTS
University of Denver
University of Denver Sturm College of Law

County of Residence of First Listed Defendant
Denver County, Colorado

II. BASIS OF JURISDICTION
☑ Federal Question (U.S. Government Not a Party)

III. CITIZENSHIP OF PRINCIPAL PARTIES (for diversity cases only)
Not applicable

IV. NATURE OF SUIT
☑ 440 – Other Civil Rights

V. ORIGIN
☑ 1 – Original Proceeding

VI. CAUSE OF ACTION
Violation of 42 U.S.C. § 1981 – denial of equal contractual rights on the basis of race.

VII. REQUESTED IN COMPLAINT
☑ Other: Declaratory, equitable, and monetary relief

VIII. RELATED CASES
☐ Yes
☑ No

IX. JURY DEMAND
☐ Yes
☑ No (Plaintiff requests bench trial)

Date: 10 March 2026

Abraham Thalos
/s/ Abraham Thalos
6424 Central City Blvd Apt 832
Galveston, TX 77551
abrahamrogerthalos@outlook.com
(409)502-7551