**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
March 10 2026
**JEFFREY P. COLWELL, CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Abraham Thalos,
Plaintiff,

v.

University of Denver, a Colorado nonprofit corporation;
University of Denver Sturm College of Law,
Defendants.

Civil Action No. _____

MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff Abraham Thalos, appearing pro se, respectfully moves this Court for leave to proceed in this action without prepayment of fees or costs pursuant to 28 U.S.C. § 1915.

In support of this motion, Plaintiff states as follows:

1. Plaintiff seeks to bring this action asserting claims under federal law.
2. Plaintiff is unable to pay the filing fee required to commence this action in federal court.
3. Plaintiff has completed and attached the required financial affidavit demonstrating his inability to pay the filing fee.
4. Plaintiff therefore respectfully requests that the Court permit this action to proceed without prepayment of the filing fee.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to proceed in forma pauperis and allow this action to proceed without the prepayment of fees.

Respectfully submitted,

_____

Abraham Thalos
Plaintiff, Pro Se

Date: 10 March 2026