APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I, Abraham Thalos, declare that I am the plaintiff in this action and that I am unable to pay the filing fees.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
March 10 2026
**JEFFREY P. COLWELL, CLERK**

1.  Employment
    Are you employed?
    ☒Yes ☐ No

If yes:
Employer: United States Postal Service
Monthly salary/wages: $3000

If no:
Last date employed: _____

2.  Other Income (last 12 months)
    Check all that apply and state monthly amount:

☐ Business income: $_____
☐ Disability benefits: $_____
☐ Unemployment benefits: $_____
☐ Pension/retirement: $_____
☐ Other income: $_____

3.  Cash and Bank Accounts
    Cash on hand: $9,813.72
    Checking account balance: $4,835.72
    Savings account balance: $4,978.00
4.  Assets
    Do you own any of the following?

Automobile(s):
☒Yes ☐ No
Value: $500

Real estate:
☐ Yes ☒No
Value: $_____

Other valuable property:
☐ Yes ☒ No
Description/value: $_____

5.  Monthly Expenses

Rent or mortgage: $900
Food: $300
Utilities: $150
Transportation: $_____
Other expenses: $_____

6.  Dependents
    List any dependents you support:

Name: Hermione Mable Thalos Age: 1 Relationship: Daughter

7.  Debts

Credit cards/loans: $70,000
Other debts: $30,000

I declare under penalty of perjury that the above information is true and correct.

Date: 10 March 2026

Abraham Thalos
 /s/ Abraham Thalos
 6424 Central City Blvd Apt 832
Galveston, TX 77551
abrahamrogerthalos@outlook.com
(409)502-7551