IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01010-RTG
(**The above civil action number must appear on all future papers
  sent to the court in this action. Failure to include this number
  may result in a delay in the consideration of your claims.**)

ABRAHAM THALOS,

      Plaintiff,

v.

UNIVERSITY OF DENVER and
UNIVERSITY OF DENVER STURM COLLEGE OF LAW,

      Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff Abraham Thalos resides in Galveston, Texas. On March 10, 2026, Plaintiff initiated this action by filing *pro se* a Complaint and Demand for Jury Trial (ECF No. 1),[1] a Motion to Proceed In Forma Pauperis (ECF No. 3), and an Application to Proceed in District Court Without Prepaying Fees of Costs (ECF No. 4).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this

---

[1] "(ECF No. 1)" identifies the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). This manner of identifying a document on the electronic docket is used throughout this order.

action. Any papers that Plaintiff files in response to this Order must include the civil

action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  __        is not submitted:
(2)  __        is missing affidavit
(3)  __        is missing certified copy of prisoner's trust fund statement for the 6-month
               period immediately preceding this filing
(4)  __        is missing certificate showing current balance in prison account
(5)  __        is missing required financial information
(6)  __        is missing authorization to calculate and disburse filing fee payments
(7)  __        is missing an original signature
(8)  xx        is not on proper form Plaintiff must use the Court-approved Application to
               Proceed in District Court Without Prepaying Fees or Costs (Long Form)
(9)  __        names in caption do not match names in caption of complaint, petition or
               habeas application
(10) xx        other: In the alternative, Plaintiff may pay the $405.00 filing and
               administrative fees in advance.

**Complaint, Petition or Application**:
(11) __        is not submitted
(12) xx        is not on proper form: Plaintiff must use the current Court-approved
               Complaint form
(13) xx        is missing an original signature
(14) __        is missing page nos.
(15) __        uses et al. instead of listing all parties in caption
(16) __        names in caption do not match names in text
(17) xx        addresses must be provided for all defendants
(18) __        other:

Plaintiff is informed that he may choose to contact the Federal Pro Se Clinic at

(303) 824-5395 or https://www.cobar.org/cofederalproseclinic for possible assistance in

this matter. The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj

United States Courthouse, 901 19th Street, Denver CO 80294.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

2

**(30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain and utilize the current Court-approved Complaint form and Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) form, available with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED March 12, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge

3