IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01010-LTB

ABRAHAM THALOS,

Plaintiff,

v.

UNIVERSITY OF DENVER and
UNIVERSITY OF DENVER STURM COLLEGE OF LAW,

Defendants.

---

ORDER GRANTING MOTION TO RECONSIDER

---

This matter is before the Court on "Plaintiff's Motion to Vacate Order of Dismissal and Reopen Case" ("Motion to Reconsider") (ECF No. 8) filed *pro se* by Plaintiff, Abraham Thalos, on May 8, 2026. In the motion, Mr. Thalos asks the Court to reconsider the Court's Order of Dismissal (ECF No. 6) and the Judgment (ECF No. 7) entered in this action on April 15, 2026. Mr. Thalos has also tendered for filing an Amended Complaint for Violation of Civil Rights (Non-Prisoner Complaint) (ECF No. 8-2) and an Amended Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 8-3).

The Court must construe the Motion to Reconsider liberally because Mr. Thalos is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons discussed below, the motion will be granted.

On March 10, 2026, Plaintiff initiated this action by filing *pro se* a Complaint and Demand for Jury Trial (ECF No. 1), a Motion to Proceed In Forma Pauperis (ECF No. 3), and an Application to Proceed in District Court Without Prepaying Fees of Costs (ECF No. 4).

On March 12, 2026, Magistrate Judge Richard T. Gurley ordered Plaintiff to cure certain designated deficiencies. (ECF No. 5). Specifically, Plaintiff was ordered to either pay the $405 filing and administrative fees or submit a complete *in forma pauperis* motion on the court-approved form. (*Id.*). Additionally, Plaintiff was ordered to submit his complaint on the court-approved complaint form, to include addresses for all of the defendants, and to sign the document. (*Id.*). Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies as directed within the time allowed. (*Id.*)

On April 15, 2026, the Court entered an Order of Dismissal (ECF No. 6) and dismissed the action without prejudice because Mr. Thalos had failed to cure the deficiencies within the time allowed and had not communicated with the Court in any way following the order to cure deficiencies. Judgment entered the same day. (ECF No. 7).

In the Motion to Reconsider, Mr. Thalos states that he never received the Court's March 12, 2026 Order to Cure Deficiencies "likely due to a mail delivery issue." (ECF No. 8 at 2). Thus, Mr. Thalos states that he never had a meaningful opportunity to comply with the order to cure deficiencies. (*Id.* at 1 & 2). As noted above, Mr. Thalos has also tendered an Amended Complaint for Violation of Civil Rights (Non-Prisoner

Complaint) (ECF No. 8-2) and an Amended Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 8-3), in an attempt to cure the deficiencies as directed.

Upon consideration of the Motion to Reconsider and the entire file, the Court finds that the motion should be granted. The action will be reopened and the Amended Complaint for Violation of Civil Rights (Non-Prisoner Complaint) (ECF No. 8-2) and Amended Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 8-3) will be docketed.

Accordingly, it is

ORDERED that "Plaintiff's Motion to Vacate Order of Dismissal and Reopen Case" (ECF No. 8) is GRANTED. It is

FURTHER ORDERED that the Order of Dismissal (ECF No. 6) and the Judgment (ECF No. 7) entered in this action on April 15, 2026, are VACATED. It is

FURTHER ORDERED that the Clerk of Court docket the tendered Amended Complaint for Violation of Civil Rights (Non-Prisoner Complaint) (ECF No. 8-2) and Amended Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 8-3). It is

FURTHER ORDERED that the Clerk of Court reinstate and return this action to the Pro Se Docket.

DATED at Denver, Colorado, this 13th day of May, 2026.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court