# UNITED STATES DISTRICT COURT

for the

District of Colorado

Division

Abraham Thalos

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

University of Denver;
University of Denver Sturm College of Law

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ____________________

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Abraham Thalos |
| Address | 6424 Central City Blvd Apt 832 |
| | Galveston (*City*) TX (*State*) 77551 (*Zip Code*) |
| County | Galveston |
| Telephone Number | (409)502-7551 |
| E-Mail Address | abrahamrogerthalos@outlook.com |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | University of Denver |
| Job or Title *(if known)* | Private University |
| Address | 2199 S University Blvd |
| | Denver (*City*) CO (*State*) 80208 (*Zip Code*) |
| County | Denver |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | University of Denver Sturm College of Law |
| Job or Title *(if known)* | Law School |
| Address | 2255 E Evans Ave |
| | Denver (*City*) CO (*State*) 80208 (*Zip Code*) |

County Denver
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name
Job or Title *(if known)*
Address

*City* *State* *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name
Job or Title *(if known)*
Address

*City* *State* *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

42 U.S.C. § 1981 – Race discrimination in contracting

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendants acted under color of law and through institutional policies that classified and treated students differently on the basis of race, affecting contractual relationships with students.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Denver, Colorado

B. What date and approximate time did the events giving rise to your claim(s) occur?

August 2021-February 2022

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff is of Egyptian origin.

Defendants operate an educational institution and enter into contractual relationships with students, including enrollment agreements and financial aid arrangements.

Plaintiff entered into a contractual relationship with Defendants by enrolling as a student.

Defendants implemented and administered programs and policies that classified or treated students differently on the basis of race.

Plaintiff was treated as a member of a racial minority group and was invited to participate in race-based organizations, including the Black Law Students Association, where Plaintiff held a leadership role.

Defendants applied or enforced different academic and/or scholarship-related standards based on race, including permitting certain students to maintain benefits at a lower GPA threshold than others.

These race-based distinctions affected the terms and conditions of Plaintiff's contractual relationship with Defendants.

During Plaintiff's enrollment, Plaintiff was subjected to hostile and inappropriate conduct by faculty.

On or about August 2021, Professor Kamin told Plaintiff that he "had a duty to commit suicide."

This conduct contributed to a hostile academic environment and interfered with Plaintiff's ability to perform under the contractual relationship.

Plaintiff later experienced a mental health episode and was placed on medical leave.

Following this episode, Defendants issued a trespass order against Plaintiff.

Plaintiff attempted to comply with the order and sought to return to the academic program.

Defendants treated Plaintiff's communications as a withdrawal or refusal to return and denied Plaintiff reentry into the program.

Defendants' actions, taken together with their race-based policies and treatment, interfered with Plaintiff's ability to make and enforce his contractual relationship with Defendants.

As a result, Plaintiff suffered loss of educational opportunity, financial harm, and emotional distress.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff suffered loss of educational opportunity, financial harm, emotional distress, and damage to academic standing.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff requests:

• Compensatory damages
• Punitive damages
• Costs of this action
• Any other relief the Court deems just and proper

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/28/2026

Signature of Plaintiff /s/ Abraham Thalos

Printed Name of Plaintiff Abraham Thalos

**B. For Attorneys**

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Address ____________

____________ *City* ____________ *State* ____________ *Zip Code*

Telephone Number ____________

E-mail Address ____________