IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01010-LTB

ABRAHAM THALOS,

Plaintiff,

v.

UNIVERSITY OF DENVER and
UNIVERSITY OF DENVER STURM COLLEGE OF LAW,

Defendants.

---

ORDER DENYING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915 AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff Abraham Thalos resides in Galveston, Texas. He has filed *pro se* an Amended Complaint for Violation of Civil Rights (Non-Prisoner Complaint) (ECF No. 10) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 11). For the reasons discussed below, the motion seeking leave to proceed without prepayment of fees or costs will be denied. Further, Plaintiff will be directed to submit his claims on the court-approved Complaint form.

**Proceeding In Forma Pauperis**

Subsection (a)(1) of 28 U.S.C. § 1915 allows a litigant to commence a lawsuit without prepayment of fees or security therefor. However, there is no fundamental right to file a civil action in federal court without paying a filing fee. *See White v. Colorado*,

157 F.3d 1226, 1233 (10th Cir. 1998); *see also* 28 U.S.C. § 1914(a). Proceeding *in forma pauperis* (IFP) pursuant to § 1915, *i.e.* without prepaying a filing fee under § 1914, is a privilege extended to individuals unable to pay such a fee. *See id.*

In the Application and supporting affidavit, Plaintiff attests to receiving an average total monthly income over the past twelve months of $2,600. (ECF No. 11 at 1-2). He does not indicate whether he expects to receive more or less than that amount next month. (*Id.*). Plaintiff states that his monthly expenses are approximately $2,642.17, which includes a debt consolidation payment. (*Id*. at 4-5). Plaintiff further states that he has $1,980.16 in a checking account and $4,986.29 in a savings account. (*Id.* at 2). He does not indicate how much cash he has. (*Id.*). According to Plaintiff, he has one "alleged daughter," who is one year old. (*Id.* at 3). Plaintiff further states that his "cash assets on hand are being used to negotiate settlements on other debts (namely a vehicle)." (*Id.*at 5).

Based on the information provided in the Application and supporting affidavit, the Court finds that Plaintiff has sufficient financial resources to pay the full amount of $405.00 ($350.00 filing fee pursuant to 28 U.S.C. § 1914(a) plus a $55.00 administrative fee) necessary to commence a civil action. "One need not be 'absolutely destitute' to proceed IFP [in forma pauperis], but IFP need not be granted where one can pay or give security for the costs 'and still be able to provide himself and dependents with the necessities of life.'" *Lewis v. Center Market*, 378 Fed. App'x. 780, 785 (10th Cir. 2010) (unpublished). Plaintiff will be denied leave to proceed *in forma*

*pauperis* pursuant to 28 U.S.C. § 1915 and will be directed to pay the full amount of $405.00 to pursue any claims in this action.

**Court-Approved Complaint Form**

Next, Plaintiff's submitted Amended Complaint for Violations of Civil Rights (ECF No. 10) is deficient because it is not on the court-approved Complaint form. The Court previously directed Plaintiff to file his claims on the court-approved Complaint form. (*See* ECF No. 5). This Court's local rules require *pro se* litigants to use court-approved forms. *See* D.C.COLO.LCivR 5.1(c). The Court will give Plaintiff one final opportunity to submit his claims on the court-approved Complaint form.

Accordingly, it is

ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 11) is **DENIED**. It is

FURTHER ORDERED that Plaintiff shall pay the full amount of $405.00 ($350.00 filing fee, plus a $55.00 administrative fee) **within thirty (30) days from the date of this order** if Plaintiff wishes to pursue any claims in this action. It is

FURTHER ORDERED that if Plaintiff fails to pay the full amount of $405.00 within the time allowed, the complaint and the action **will be dismissed without prejudice and without further notice**. It is

FURTHER ORDERED that Plaintiff shall submit his claims on the court-approved Complaint form. **The Clerk of Court is directed to mail Plaintiff one copy of the**

**court-approved Complaint form**. If Plaintiff needs additional court-approved forms or instructions, they can be found at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to submit his claims on the proper court-approved Complaint form **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED May 22, 2026, at Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court