FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:22 am, May 28, 2026
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01010-LTB

ABRAHAM THALOS,

Plaintiff,

v.

UNIVERSITY OF DENVER, et al.,

Defendants.

MOTION FOR RECONSIDERATION OF ORDER DENYING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

Plaintiff Abraham Thalos respectfully moves the Court to reconsider the Order Denying Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 12).

In denying Plaintiff's application to proceed in forma pauperis, the Court referenced balances contained within Plaintiff's checking and savings accounts. Plaintiff respectfully submits that those funds are not freely available discretionary assets, but are substantially committed to ongoing debt resolution obligations and active financial liabilities.

As reflected in the attached exhibits, Plaintiff is presently subject to structured debt-resolution obligations requiring recurring payments of approximately $532.17 per month pursuant to a debt resolution agreement. See Exhibit A. Plaintiff is also responsible for substantial enrolled consumer debts, including obligations to multiple creditors exceeding tens of thousands of dollars. See Exhibit A.

Additionally, Plaintiff recently incurred a vehicle repossession deficiency balance exceeding $14,000 following the sale of collateral by a creditor. See Exhibit B.

Plaintiff respectfully submits that these financial obligations materially impair Plaintiff's practical ability to pay the filing fee while continuing to provide for basic living necessities and ongoing financial obligations.

Plaintiff therefore respectfully requests that the Court reconsider the denial of leave to proceed pursuant to 28 U.S.C. § 1915.

Respectfully submitted,

/s/ Abraham Thalos
Abraham Thalos
Plaintiff Pro Se