FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*9:21 am, May 28, 2026*
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01010-LTB

ABRAHAM THALOS,

Plaintiff,

v.

UNIVERSITY OF DENVER, et al.,

Defendants.

MOTION FOR CLARIFICATION REGARDING COURT-APPROVED COMPLAINT FORM

Plaintiff Abraham Thalos respectfully moves for clarification regarding the Court's Order Directing Plaintiff to Cure Deficiency (ECF No. 12).

Plaintiff believed that the Amended Complaint previously submitted at ECF No. 10 utilized the District of Colorado court-approved "Complaint for Violation of Civil Rights (Non-Prisoner Complaint)" form (attached as exhibit C.) Plaintiff therefore respectfully requests clarification regarding which specific court-approved complaint form the Court expects Plaintiff to use in order to cure the identified deficiency.

Plaintiff submits this motion in good faith and for the purpose of ensuring full compliance with the Court's procedural requirements.

Respectfully submitted,

/s/ Abraham Thalos
Abraham Thalos
Plaintiff Pro Se