FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*11:45 am, Jul 13, 2026*
JEFFREY P. COLWELL, CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01010-LTB
(To be supplied by the court)

Abraham Roger Thalos, Plaintiff

v.

University of Denver,

University of Denver Sturm College of Law,

_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

## COMPLAINT

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A. PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Abraham Thalos 6424 Central City Blvd. Apt 832 Galveston, TX 77551

(Name and complete mailing address)

409-502-7551 abrahamrogerthalos@outlook.com

(Telephone number and e-mail address)

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: University of Denver 1201 Larimer Street, Denver, 80204, CO

(Name and complete mailing address)

303-871-2000

(Telephone number and e-mail address if known)

Defendant 2: Sturm College of Law 2255 East Evans AvenueDenver, Colorado 80208

(Name and complete mailing address)

303-871-6000

(Telephone number and e-mail address if known)

Defendant 3: ______

(Name and complete mailing address)

______

(Telephone number and e-mail address if known)

Defendant 4: ______

(Name and complete mailing address)

______

(Telephone number and e-mail address if known)

**C. JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☑ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

This action arises under 42 U.S.C. § 1981

and Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d

☐ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of ____________________________.

If Defendant 1 is an individual, Defendant 1 is a citizen of ________________________.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _______________________ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____________________ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Race Discrimination in Violation of 42 U.S.C. § 1981

Supporting facts:

Plaintiff is of Egyptian origin.
Plaintiff enrolled as a student at the University of Denver Sturm College of Law and entered into a contractual relationship with Defendants through enrollment, tuition obligations, and financial aid arrangements.
Defendants implemented and administered programs and policies that classified or treated students differently on the basis of race. Plaintiff was treated as a member of a racial minority group and was invited to participate in race-based organizations, including the Black Law Students Association, where Plaintiff held a leadership role.
Defendants applied or enforced different academic and scholarship-related standards based on race, including permitting certain students to maintain benefits at a lower GPA threshold than others.
During Plaintiff's enrollment, Plaintiff was subjected to hostile and inappropriate conduct by faculty. In approximately August 2021, Professor Sam Kamin told Plaintiff that he "had a duty to commit suicide." Plaintiff alleges that this conduct contributed to a hostile academic environment.
Plaintiff later experienced a mental health episode and was placed on medical leave.
After Plaintiff was placed on medical leave, the University of Denver issued a trespass order against Plaintiff.
Plaintiff attempted to comply with the requirements imposed by Defendants and sought to return to the academic program. The University of Denver Sturm College of Law denied Plaintiff's request to return from medical leave and refused to reinstate Plaintiff to the program.
Defendants' actions, together with their race-based policies and practices, interfered with Plaintiff's ability to make and enforce contracts and to enjoy the benefits of his educational relationship with Defendants on equal terms.
As a result, Plaintiff suffered loss of educational opportunity, financial harm, emotional distress, and other damages.

CLAIM TWO: ______________________________________________

Supporting facts:

## E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Plaintiff respectfully requests that the Court:

A. Enter judgment in favor of Plaintiff and against Defendants;
B. Award compensatory damages in an amount to be determined at trial for loss of educational opportunities, financial harm, emotional distress, and other injuries caused by Defendants' conduct;
C. Declare that Defendants' actions violated Plaintiff's rights under 42 U.S.C. § 1981;
D. Award appropriate injunctive relief, including consideration of Plaintiff's eligibility for readmission without unlawful discrimination;
E. Award costs of this action as permitted by law; and
F. Grant such other and further relief as the Court deems just and proper.

## F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

/s/ Abraham Thalos
_______________________________
(Plaintiff's signature)

6/21/2026
_______________________________
(Date)