IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01010-LTB-RTG

ABRAHAM THALOS,

Plaintiff,

v.

UNIVERSITY OF DENVER and
UNIVERSITY OF DENVER STURM COLLEGE OF LAW,

Defendants.

---

ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge. It is

FURTHER ORDERED that Plaintiff's Motion for Reconsideration (ECF No. 17) regarding proceeding *in forma pauperis* is DENIED as moot because Plaintiff has paid the filing fee.

DATED July 16, 2026

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge