IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01010-NRN

**ABRAHAM THALOS,**

Plaintiff,

**v.**

**University of Denver, A Colorado Nonprofit Corporation;**
**University of Denver Sturm College of Law,**

Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

---

Defendants University of Denver and University of Denver Sturm College of Law, through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b) and D.C.COLO.LCiv 6.1(a), move this Court for an Order granting an enlargement of time of two weeks, or until September 2, 2026, to answer or other respond to Plaintiffs' Amended Complaint.

**Certificate of Conferral**

Pursuant to D.C.COLO.LCivR 7.1(a), Defendants conferred with Plaintiff, who is proceeding pro se, by email on August 13, 2026. Plaintiff does not oppose the requested relief.

**Motion**

Plaintiff filed his Amended Complaint on June 22, 2026 [Doc. 16], Defendants were served on July 29, 2026, making their Response to the Complaint due on August 19, 2026. Undersigned was recently retained to represent Defendants and entered their appearance on August 11.

Defense counsel requires additional time to investigate and research the claims and determine an appropriate response to the Amended Complaint. Defendants are requesting an additional two weeks, until September 2, 2026, to respond. This is Defendants' first request for enlargement to time, and no party would be prejudiced by granting this request. Indeed, Plaintiff does not oppose it. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this motion is being served on Defendants contemporaneously by counsel.

WHEREFORE, Defendants University of Denver and University of Denver Sturm College of Law request that this Court enter an Order permitting Defendants up to and including September 2, 2026 to answer or otherwise respond to the operative complaint.

Respectfully submitted this 14th day of August, 2026.

CAPLAN AND EARNEST LLC

s/ *Elliott V. Hood*
Elliott V. Hood
3107 Iris Avenue, Suite 100
Boulder, CO 80302
Phone 303-443-8010
ehood@celaw.com

*Attorneys for Defendants*
*University of Denver and*
*University of Denver Sturm College of Law*

**CERTIFICATE OF SERVICE**

This is to certify that on August 14, 2026, a true and correct copy of the foregoing was filed with the US District Court of Colorado CM/ECF System with service by email to:

Abraham Thalos, abrahamrogerthalos@outlook.com
3424 Central City Blvd
Apt. 832
Galveston, TX 77551

*s/ Cary J. Carricato*___________________
*Cary J. Carricato, Paralegal*