IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01010-NRN

ABRAHAM THALOS,

Plaintiff,

v.

UNIVERSITY OF DENVER, a Colorado nonprofit corporation, and
UNIVERSITY OF DENVER STURM COLLEGE OF LAW,

Defendants.

---

MINUTE ORDER[1]

---

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Defendants University of Denver and University of Denver Sturm College of Law's ("Defendants") Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (ECF No. 26) is GRANTED. Defendants are directed to answer or otherwise respond to the operative complaint on or before September 2, 2026.

Date: August 14, 2026

---

[1] Rule 72(a) of the Federal Rules of Civil Procedure provides that when a pretrial matter not dispositive of a party's claim or defense is referred to a Magistrate Judge to hear and decide, the Magistrate Judge must issue a written order stating the decision. Within fourteen (14) days after service of a copy of this Minute Order, any party may serve and file written objections with the Clerk of the United States District Court for the District of Colorado. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a). Failure to make any such objection will result in a waiver of the right to appeal the non-dispositive order. *See Sinclair Wyo. Ref. Co. v. A & B Builders, Ltd.* 989 F.3d 747, 782 (10th Cir. 2021) (firm waiver rule applies to non-dispositive orders); *but see Morales-Fernandez v. INS,* 418 F.3d 1116, 1119, 1122 (10th Cir. 2005) (firm waiver rule does not apply when the interests of justice require review, such as when a "pro se litigant has not been informed of the time period for objecting and the consequences of failing to object").