IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01010-RTG

**ABRAHAM THALOS,**

Plaintiff,

**v.**

**UNIVERSITY OF DENVER, A Colorado Nonprofit Corporation;**
**UNIVERSITY OF DENVER STURM COLLEGE OF LAW,**

Defendants.

---

**ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

I, Rachel M. Awalt, hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendants University of Denver and University of Denver Sturm College of Law. Elliott Hood remains as counsel for the above-named parties.

Respectfully submitted this 21st day of August, 2026.

CAPLAN AND EARNEST LLC

s/ *Rachel M. Awalt*
Rachel M. Awalt, #58136
3107 Iris Avenue, Suite 100
Boulder, CO 80302
Phone 303-443-8010
rawalt@celaw.com

*Attorneys for Defendants*
*University of Denver and*
*University of Denver Sturm College of Law*

**CERTIFICATE OF SERVICE**

This is to certify that on August 21, 2026 a true and correct copy of the foregoing was filed with the US District Court of Colorado CM/ECF System and sent via email to the following:

Abraham Thalos
Email: abrahamrogerthalos@outlook.com
6424 Central City Blvd.
Apt. 832
Galveston, TX 77551

*s/ Cary J. Carricato*_______________
*Cary J. Carricato, Paralegal*