IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01010-NRN

**ABRAHAM THALOS,**

Plaintiff,

**v.**

**University of Denver, A Colorado Nonprofit Corporation;**
**University of Denver Sturm College of Law,**

Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

---

Defendants University of Denver and University of Denver Sturm College of Law, through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b) and D.C.COLO.LCiv 6.1(a), move this Court for an Order granting an enlargement of time of two weeks, or until September 15, 2026, to answer or otherwise respond to Plaintiffs' Amended Complaint to account for Plaintiff's stated intent to further amend his complaint.

**Certificate of Conferral & Motion for Extension of Time**

Pursuant to D.C.COLO.LCivR 7.1(a), Defendants conferred with Plaintiff, who is proceeding pro se, by email on August 25, 2026, concerning possible grounds for dismissal under Rule 12(b). Plaintiff responded that he intended to further amend his complaint and requested until September 15, 2026, to do so. The parties agreed that: Plaintiff could file an amended complaint as of right by September 15, and Defendants would accordingly move the Court to extend the

deadline to answer or otherwise response to September 15, which Plaintiff confirmed that he did not oppose. Thus, Plaintiff does not oppose this motion.

Good cause exists to grant this request. The parties have conferred in good faith concerning grounds for dismissal, as contemplated in the Local Rules, D.C.COLO.LCiv 7.1(a), and Plaintiff has agreed to amend his complaint to attempt to address deficiencies raised by defense counsel. Plaintiff has asked for a reasonable amount of time, until September 15, to further amend, and Defendants require an extension to that date to comply with Rule 12.

This is Defendants' second request for enlargement of time, and no party would be prejudiced by granting this request. Plaintiff does not oppose it. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this motion is being served on Defendants contemporaneously by counsel.

WHEREFORE, Defendants University of Denver and University of Denver Sturm College of Law request that this Court enter an Order permitting Defendants up to and including September 15, 2026 to answer or otherwise respond to the operative complaint.

Respectfully submitted this 28th day of August, 2026.

CAPLAN AND EARNEST LLC

s/ *Rachel M. Awalt*
Rachel M. Awalt
Elliott V. Hood
3107 Iris Avenue, Suite 100
Boulder, CO 80302
Phone 303-443-8010
ehood@celaw.com

*Attorneys for Defendants*
*University of Denver and*
*University of Denver Sturm College of Law*

**CERTIFICATE OF SERVICE**

This is to certify that on August 28, 2026, a true and correct copy of the foregoing was filed with the US District Court of Colorado CM/ECF System with service by email to:

Abraham Thalos, abrahamrogerthalos@outlook.com
6424 Central City Blvd.
Apt. 832
Galveston, TX 77551

*s/ Cary J. Carricato*___________________
*Cary J. Carricato, Paralegal*