FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*4:15 pm, Sep 14, 2026*
JEFFREY P. COLWELL, CLERK

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01010-NRN

ABRAHAM ROGER THALOS, Plaintiff,
v.
UNIVERSITY OF DENVER and UNIVERSITY OF DENVER STURM COLLEGE OF LAW, Defendants.

**NOTICE OF FILING SECOND AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a)(2) and D.C.COLO.LCivR 15.1(a), Plaintiff Abraham Roger Thalos, proceeding pro se, gives notice of filing his Second Amended Complaint.

Defendants provided written consent to amendment by email dated August 25, 2026, agreeing that Plaintiff would file his Second Amended Complaint on or before September 15, 2026.

The clean Second Amended Complaint is filed separately. Exhibit A to this Notice is a complete comparison with the Amended Complaint filed July 13, 2026 (ECF No. 18), showing deletions by strikeout and additions by underlining.

Dated: September 14, 2026

Respectfully submitted,
/s/ Abraham Roger Thalos
Abraham Roger Thalos, Plaintiff Pro Se
6424 Central City Blvd., Apt. 832
Galveston, Texas 77551
(409) 502-7551
abrahamrogerthalos@outlook.com