IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01010-NRN

ABRAHAM THALOS,

Plaintiff,

v.

UNIVERSITY OF DENVER, a Colorado nonprofit corporation, and
UNIVERSITY OF DENVER STURM COLLEGE OF LAW,

Defendants.

---

MINUTE ORDER[1]

---

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Defendants' Expedited Motion to Strike Plaintiff's "Third Amended Complaint," (ECF No. 33), is GRANTED. It is further ORDERED that Plaintiff's "Third Amended Complaint," (ECF No. 32), is hereby STRICKEN.

Rule 15 of the Federal Rules of Civil Procedure provides:

> A party may amend its pleading **once as a matter of course** within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

[1] Rule 72(a) of the Federal Rules of Civil Procedure provides that when a pretrial matter not dispositive of a party's claim or defense is referred to a Magistrate Judge to hear and decide, the Magistrate Judge must issue a written order stating the decision. Within fourteen (14) days after service of a copy of this Minute Order, any party may serve and file written objections with the Clerk of the United States District Court for the District of Colorado. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a). Failure to make any such objection will result in a waiver of the right to appeal the non-dispositive order. *See Sinclair Wyo. Ref. Co. v. A & B Builders, Ltd.* 989 F.3d 747, 782 (10th Cir. 2021) (firm waiver rule applies to non-dispositive orders); *but see Morales-Fernandez v. INS,* 418 F.3d 1116, 1119, 1122 (10th Cir. 2005) (firm waiver rule does not apply when the interests of justice require review, such as when a "pro se litigant has not been informed of the time period for objecting and the consequences of failing to object").

Fed. R. Civ. P. 15(a)(1)(A)–(B) (emphasis added). While Plaintiff's most recent amendment is titled "Third Amended Complaint," he has amended his original complaint three times previously (*see* ECF Nos. 10, 16, and 18). Under Rule 15, Plaintiff is **only permitted one amendment as a matter of right**. After that point, a plaintiff must seek leave to amend before filing another complaint.

Accordingly, Plaintiff must seek leave from the Court to amend prior to filing a new complaint and must confer with defense counsel on any such motion for leave to amend (*see* D.C.COLO.LCivR 7.1(a)). Any motion for leave to amend must comply with local rule D.C.COLO.LCivR 15.1(b).

Date: October 6, 2026